UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANET L. CHUBB, *et al.*,<br><br>                    Plaintiff,<br>    v.<br><br>LG WARRANTY CO., LLC, *et al.*,<br><br>                    Defendants. | Case No. 3:16-cv-00173-MMD<br><br>ORDER |

Before the Court is plaintiff's application for a status check as to the disposition of the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law ("Recommendation") pursuant to Local Rule 7-6(b). (*See* ECF No. 5.) The Court disposes of pending matters in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions and matters submitted before February 29, 2016, and will be moving through them chronologically. The Bankruptcy Court's Recommendation does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending matters in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 9th day of August 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE