# UNITED STATES DISTRICT COURT

\*\*\*\*  DISTRICT OF   NEVADA

JANET L. CHUBB, *et al.*,

    Plaintiff,

V.

LG WARRANTY CO., LLC, *et al.*,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:16-cv-00173-MMD

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' objection to the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law and Recommendations (ECF No. 30) is overruled. The Court adopts the Bankruptcy Court's Recommendations (ECF No. 29). Defendants' Counterclaims against Western Insurance Company are dismissed. Judgment is hereby entered in accordance with this court's Order entered on September 25, 2017 (ECF No. 49).

  September 25, 2017                                       **DEBRA K. KEMPI**
                                                                  Clerk

                                                           /s/ D. R. Morgan
                                                             Deputy Clerk